**ORIGINAL**

```
FILED
08 JAN 16 AM 11:40
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY:    PDV       DEPUTY
```

UNSEALED AS OF 1/16/08

~~ORDERED SEALED BY COURT~~

1  KAREN P. HEWITT
   United States Attorney
2  ANDREW G. SCHOPLER
   Assistant U.S. Attorney
3  California State Bar No. 236585
   United States Attorney's Office
4  880 Front Street, Room 6293
   San Diego, California 92101-8893
5  Telephone: (619) 557-5836 / (619) 235-2757 (Fax)
   Email: Andrew.Schopler@usdoj.gov
6
   Attorneys for Plaintiff
7  United States of America
8
                    UNITED STATES DISTRICT COURT
9
                SOUTHERN DISTRICT OF CALIFORNIA   08 MJ 0132
10
   UNITED STATES OF AMERICA,       )   Magistrate No. _____
11                                 )
           Plaintiff,               )
12                                 )
       v.                           )   MOTION AND ORDER TO FILE
13                                 )   COMPLAINT UNDER SEAL AND
                                   )   ORDER THEREON
14 LEE VAUGHN WALKER (1),          )
       aka "Lee Dog",              )
15 MELVIN ALEXANDER (2),           )
   JOSE GALVAN RICO (3),           )
16     aka "Mija",                 )
   ELEODORO CASTILLO (4),          )
17     aka "Onko",                 )
   DAPHNE ROSALINDA JACKSON (5),   )
18     aka Daphne R. Rae,          )
   BERNAL ANTHONY MITCHELL (6),    )
19     aka "Tony",                 )
   ALLEN MATTHEW BAKER Jr. (7),    )
20     aka "J.R.", aka Tracy Reyard Diggs, )
       aka Marcus Johnson,         )
21 MICHAEL DWAYNE TRYALS (8),      )
       aka "Texas Mike", aka Michael Tryls, )
22     aka Dave Brooks, aka Leon Howard )
       Blair, aka Earl David Hollis, )
23 BOBBY SHAWN LOCKHART (9),       )
       aka "Blue",                 )
24 ALEXANDER WEIR IV (10),         )
       aka "Brick",                )
25 ALEXANDER WEIR V (11),          )
       aka "Lil' Brick",           )
26 FELIPE MEDINA (12),             )
   MELVIN ANDRE BIBBS (13),        )
27 MARK EDWARD RUNNELS (14),       )
       aka "Marky Mark",           )
                                   )
28        Defendants.              )
                                   )

1    The United States, by and through its counsel, KAREN P. HEWITT, United States Attorney, and
2 ANDREW G. SCHOPLER, Assistant U.S. Attorney, respectfully applies to this Honorable Court for
3 an Order sealing the complaint in the above-captioned matter until further notice.

4    DATED: January 15, 2008.

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

/s/ Andrew G. Schopler

ANDREW G. SCHOPLER
Assistant U.S. Attorney